IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DEWAYNE BAKER,** | ) |
| Plaintiff, | ) Civil Action No. 7:18cv00503 |
| v. | ) **MEMORANDUM OPINION** |
| **MELVIN DAVIS, et al.,** | ) By: Hon. Thomas T. Cullen |
| | )     United States District Judge |
| Defendants. | ) |

Plaintiff DeWayne Baker, proceeding pro se, filed this civil action under 42 U.S.C. § 1983. By conditional filing orders entered October 15 and November 27, 2018, the court advised Baker that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (See ECF Nos. 3 and 26). On September 30, 2020, an order the court mailed to Baker was returned as undeliverable and with no forwarding address. (See ECF No. 59.) Baker has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to Baker's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 20th day of October, 2020.

                                                 */s/ Thomas T. Cullen*
                                                 HON. THOMAS T. CULLEN
                                                 UNITED STATES DISTRICT JUDGE